ALICE P. WILLIAMS, Respondent, *v.* GIBSON T. WILLIAMS, Appellant.

Argued January 15, 1942; decided March 5, 1942.

*Charles F. Blair* for appellant.

*Edward F. Rosiny, Gerald H. Chambers* and *N. Henry Lindenauer* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.